IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-908-JLK**

**NANCY E. HARBERT,**

    Plaintiff,

v.

**HEALTHCARE SERVICES GROUP, INC.,**

    Defendant.

## ORDER

Kane, J.

In light of the Tenth Circuit's ruling invalidating 29 C.F.R. § 825.111 (a)(3) as applied in this case, and remanding the case for further proceedings in accordance therefor, and the Supreme Court of the United States denial of certiorari, it is ordered that the judgment entered in this case in Harbert v. Healthcare Services, F.Supp2d 1101, 1106 (D.Colo.2001) is **VACATED** nunc pro tunc to January 4, 2005.

Dated this 26th day of October, 2005.

                                              BY THE COURT:

                                              S/**John L. Kane**
                                              Senior Judge, United States District Court